Scott D. Eads, OSB No. 910400
seads@perkinscoie.com
Nathan R. Christensen, OSB No. 093129
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

FILED 3 AUG '11 15:12 USDC-ORP

Attorneys for Plaintiff Agora, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| AGORA, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>BO RINALDI and INTERNATIONAL LIVING,<br><br>        Defendants. | No. CV '11-921 MO<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Agora, Inc. hereby submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

Agora is privately held and is not owned 10% or more by any publicly owned company.

DATED: August 3, 2011

PERKINS COIE LLP

By /s/ Scott D. Eads
Scott D. Eads, OSB No. 910400
seads@perkinscoie.com
Nathan R. Christensen, OSB No. 093129
nchristensen@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff Agora, Inc.

1- PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

78158-0001/LEGAL21464148.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222